IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  1:15-cv-00556-JLK

PATRICIA MCEACHERN,

    Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE
COUNTY OF MONTEZUMA, COLORADO, in its official capacity;
MONTEZUMA COUNTY SHERIFF'S OFFICE, a governmental entity;
DENNIS SPRUELL, in his individual capacity;
LYNDA CARTER, in her individual capacity;
SHERIFF STEVEN NOWLIN, in his official capacity,

    Defendants.

---

## ORDER GRANTING JOINT MOTION TO DISMISS INDIVIDUAL DEFENDANTS

---

This matter comes before the Court upon the parties' Joint Motion to Dismiss Individual Defendants (Doc. 14).  The Court, having reviewed the Motion and being fully advised, hereby GRANTS the Motion and ORDERS that Plaintiff's claims against Defendants Dennis Spruell, Lynda Carter, and Steven Nowlin are dismissed with prejudice.  These dismissals do not affect Defendants Montezuma County Sheriff's Office or The Board of County Commissioners of the County of Montezuma.

DATED this 14th day of July, 2015.

                                                BY THE COURT:

                                              *s/ John L. Kane*_____
                                              Senior United States District Judge