IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00556-JLK-CBS

PATRISHA McEACHERN,

    Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF MONTEZUMA, COLORADO, in its official capacity, and
MONTEZUMA COUNTY SHERIFF'S OFFICE, a governmental entity,

    Defendants.

_____

**JOINT MOTION TO DISMISS**
_____

Plaintiff, PATRISHA McEACHERN, and Defendants, THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF MONTEZUMA, COLORADO, in its official capacity, and the MONTEZUMA COUNTY SHERIFF'S OFFICE, a governmental entity, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby submit the following joint motion to dismiss as follows:

    1.    Plaintiff and Defendants have reached an agreement in this matter.

    2.    Plaintiff has consented to dismiss all remaining claims in this matter with prejudice.

WHEREFORE, the Parties request an order dismissing this matter, with prejudice, with each party to pay her/its own costs and fees.

Respectfully submitted,

Date: July 17, 2015                s/Matthew J. Cron
                                   Matthew J. Cron, Esq.
                                   Siddhartha H. Rathod, Esq.
                                   Qusair Mohamedbhai, Esq.
                                   RATHOD MOHAMEDBHAI LLC
                                   2701 Lawrence Street, Suite 100
                                   Denver, CO 80205
                                   303-578-4400 (phone)
                                   303-578-4401 (fax)
                                   mc@rmlawyers.com (Cron e-mail)
                                   sr@rmlawyers.com (Rathod e-mail)
                                   qm@rmlawyers.com (Mohamedbhai e-mail)
                                   ATTORNEYS FOR PLAINTIFF


Date: July 17, 2015                s/ Shelby A. Felton
                                   Shelby A. Felton
                                   VAUGHAN & DeMURO
                                   3900 East Mexico Ave., Ste. 620
                                   Denver, CO 80210
                                   (303) 837-9200 (phone)
                                   (303) 837-9400 (fax)
                                   sfelton@vaughandemuro.com (e-mail)
                                   ATTORNEY FOR DEFENDANTS

CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of July, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**MATTHEW J. CRON**
mc@rmlawyers.com

**SIDDHARTHA H. RATHOD**
sr@rmlawyers.com

**QUSAIR MOHAMEDBHAI**
qm@rmlawyers.com

and I hereby certify that the foregoing was placed in the U.S. Mail, postage prepaid, and addressed to the following:

[none]

    s/ Shelby A. Felton
    Shelby A. Felton
        VAUGHAN & DeMURO
        3900 East Mexico Ave., Ste. 620
        Denver, CO 80210
        (303) 837-9200 (phone)
        (303) 837-9400 (fax)
        sfelton@vaughandemuro.com (e-mail)
    ATTORNEY FOR DEFENDANTS