IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00556-JLK

PATRISHA McEACHERN,

     Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF MONTEZUMA, COLORADO, in its official capacity, and
MONTEZUMA COUNTY SHERIFF'S OFFICE, a governmental entity,

     Defendants.

---

## ORDER GRANTING JOINT MOTION TO DISMISS

---

THE COURT, having reviewed the joint motion filed by the Parties [Doc. 16] to dismiss the remaining claims, with prejudice, having reviewed the file, and being fully advised,

DOES HEREBY ORDER that Plaintiff's remaining claims in this action are hereby dismissed, with prejudice, with each party to pay her/its own costs.

Dated July 20, 2015                        BY THE COURT:

                                                  s/ John L. Kane

                                                  SENIOR U.S. DISTRICT JUDGE